Frank J Morales, WSBA #33002
Noelle E. Dwarzski, WSBA #40041
McKENZIE ROTHWELL BARLOW
 & COUGHRAN, P.S.
1325 Fourth Ave., Ste. 910
Seattle, WA 98101
Telephone: (206) 224-9900
Facsimile: (206) 224-9820
Email: frankj@mrbclaw.com
E-mail: noelled@mrbclaw.com

Honorable James L. Robart

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| LAURIE INGRAM,<br><br>　　　　　　Plaintiffs,<br><br>v.<br><br>WELFARE & PENSION ADMINSTRATION SERVICE, INC.; and NORTHWEST INSULATION WORKERS WELFARE TRUST,<br><br>　　　　　　Defendants. | NO. 2:19-cv-00263 - JLR<br><br>**ORDER GRANTING THE NORTHWEST INSULATION WORKERS WELFARE TRUST'S UNOPPOSED MOTION TO EXTEND TIME TO ANSWER COMPLAINT** [~~Proposed~~] |

In accordance with the Defendant Northwest Insulation Workers Welfare Trust's Unopposed Motion to Extend the Deadline for Defendant Northwest Insulation Workers Welfare Trust to Answer Complaint. (Dkt. #6)

IT IS SO ORDERED THAT the Unopposed Motion is granted and the Defendant Northwest Insulation Workers Welfare Trust's Answer is due by April 8, 2019.

March 15, 2019
Date

_____
Honorable James L. Robart
United States District Court Judge

ORDER GRANTING THE NORTHWEST INSULATION
WORKERS WELFARE TRUST'S UNOPPOSED MOTION
TO EXTEND TIME TO FILE ANSWER
NO. 2:19-cv-00263 – JLR- 1
2650.000 001 uc150603

McKENZIE ROTHWELL
BARLOW & COUGHRAN, P.S.
1325 FOURTH AVE., SUITE 910
SEATTLE, WA 98101
(206) 224-9900