HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

LAURIE INGRAM,

        Plaintiff,

v.

WELFARE & PENSION ADMINSTRATION SERVICE, INC.; and NORTHWEST INSULATION WORKERS WELFARE TRUST,

        Defendants.

NO. 2:19-cv-00263-JLR

**STIPULATION AND [Proposed] ORDER OF DISMISSAL**

## STIPULATION

All parties to this action, by and through their counsel of record, hereby stipulate to entry of the following Order without further notice.

DATED: June 27, 2019.

STRITMATTER KESSLER
KOEHLER MOORE

S/ *Paul L. Strimatter*
Paul L. Stritmatter, WSBA No. 4532
3600 15th Ave. W. #300
Seattle, WA 98119
Telephone: (206) 448-1777
Facsimile: (206) 728-2131
E-mail: pauls@stritmatter.com

STIPULATION & ORDER OF DISMISSAL - 1

STRITMATTER KESSLER
KOEHLER MOORE

3600 15th Ave. W #300
Seattle, WA 98119
(206) 448-1777

S/ *Daniel R. Laurence*
Daniel R. Laurence, WSBA No. 19697
3600 15th Ave. W. #300
Seattle, WA 98119
Telephone: (206) 448-1777
Facsimile: (206) 728-2131
E-mail: dan@stritmatter.com

Attorneys for Plaintiff

MCKENZIE ROTHWELL BARLOW & COUGHRAN, P.S.

S/ *Frank J. Morales*
Frank J. Morales, WSBA #33002
1325 Fourth Ave., Ste. 910
Seattle, WA 98101
Telephone: (206) 224-9900
Facsimile: (206) 224-9820
E-mail: frankm@mrbclaw.com

S/ *Noelle E. Dwarski*
Noelle E. Dwarski, WSBA #40441
1325 Fourth Ave., Ste. 910
Seattle, WA 98101
Telephone: (206) 224-9900
Facsimile: (206) 224-9820
E-mail: noelled@mrbclaw.com

Attorneys for Defendants

## ORDER

THIS MATTER came on regularly before this Court on the foregoing Stipulation. ACCORDINGLY, IT IS ORDERED that all claims and defenses in this matter be, and hereby are, DISMISSED WITH PREJUDICE and WITHOUT AN AWARD OF COSTS to any party.

DATED this 1st day of July, 2019.

Honorable James L. Robart
UNITED STATES DISTRICT JUDGE

STIPULATION & ORDER OF DISMISSAL - 2

# CERTIFICATE OF SERVICE

The undersigned makes the following declaration certified to be true under penalty of perjury pursuant to RCW 9A.72.085:

On the date given below, I hereby certify that I caused the foregoing Stipulation and [Proposed] Order of Dismissal to be filed using the United States District Court for Western District of Washington – Document Filing System (CM/ECF) and a true and correct copy to be delivered on the following in the manner indicated:

| | |
|---|---|
| Frank J. Morales (WSBA #33002)<br>Noelle E. Dwarski (WSBA #40441)<br>McKenzie Rothwell Barlow & Coughran, P.S.<br>1325 Fourth Avenue, Suite 910<br>Seattle, WA  98101<br>Phone:  206-224-9900 | ☒ CM/ECF<br>☐ U.S. Mail<br>☐ Fax<br>☐ Legal messenger<br>☒ Electronic Delivery<br>frankm@mrbclaw.com<br>noelled@mrbclaw.com |

DATED: June 27, 2019 at Seattle, Washington.

S/ Daniel R. Laurence, WSBA #19697
Stritmatter Kessler Koehler Moore
3600 15th Ave. W. #300
Seattle, WA 98119
Telephone: (206) 448-1777
Facsimile: (206) 728-2131
E-mail: dan@stritmatter.com

STIPULATION & ORDER OF DISMISSAL - 3

STRITMATTER KESSLER
KOEHLER MOORE

3600 15th Ave. W #300
Seattle, WA 98119
(206) 448-1777